Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Debtor
664 Chestnut Ridge Road
Spring Valley, NY 10977
(845) 352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

Rogan RR, LLC,

Debtor

------------------------------------------------------------x

Chapter 11
Case No. 13-23532(RDD)

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the only matter to be heard before the Honorable Robert D. Drain on October 6, 2015 at 10:00 a.m. will be the status conference.

Dated:   Spring Valley, New York
         October 1, 2015

Kurtzman Matera, P.C.
Attorneys for Debtor

 **/s/ Rosemarie E. Matera**
Rosemarie E. Matera
664 Chestnut Ridge Road
Spring Valley, New York 10977
845-352-8800

-1-